Case 5:23-cr-00029-JGB   Document 42   Filed 07/11/25   Page 1 of 2   Page ID #:313

FILED
CLERK, U.S. DISTRICT COURT
JUL 11 2025
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> GARY ROBERT DANIELS <br> Defendant. | ED 23 CR 29-JGB <br><br> ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  (✓)  the appearance of defendant as required; and/or

(B)  ( · )  the safety of any person or the community.

//
//

1     The court concludes:

2 A.  ( )  Defendant poses a risk to the safety of other persons or the community
3     because defendant has not demonstrated by clear and convincing
4     evidence that:

5 _____
6 _____
7 _____
8 _____
9

10 (B)  (✓)  Defendant is a flight risk because defendant has not shown by clear
11     and convincing evidence that:
12     • SUBMISSION TO DETENTION
13     • UNDERLYING ALLEGATIONS (REMOVAL
14     OF MONITORING DEVICE).
15
16

17     IT IS ORDERED that defendant be detained.
18
19 DATED: 7/11/25

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE